Appellate #
04-19-00018 CR

Charles LHERAULT TDCJ #1972430
Pack 1
2400 Wallace Pack RD
NAVASOTA TX 77868

Cause #
2013-CR-10281

*

<u>Cover Sheet</u> / ① Thru ⑤ Letter to follow                    9-30-15

TO: 4Th Appellate Courts of Appeals
300 Dolorosa STE. 3200
San Antonio TX 78205-

C/O:
ATTN: CYNThiA Martinez
Deputy Clerk
EXT. 53853

This is A
JUDiCiAL NOTiFicaTion

IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS FILED 2015 OCT -5 PM 2:18

* Mr Robbins Has A Similiar Letter Sent to HiM Also.
      I AM Requesting your HelP aT this
Time. The Letter I AM Sending Explains Alot. I
Cannot Get a response of Any Kind from my AtTY
Whom I Must ADD, Whom I Must ADD, Yes, Twice As
Bad, As you will See - 1ST Degree felony on A DA for
Tampering w Goverment DocumenTS. - FalsifieD A Police
RePorT During My ProTecTive hearing Feb 20Th 2014
2013-CI-19836. Officer Wolfe Came to my TRial DEC 5Th
2014 And Said "He Never Wrote a Police RePorT" or ArresteD Me!
PlanTiff went on to AdmiT in April 2014 in a Recant
STaTement, She lied on her Sworn AffiDaviT and was
High! I was told My 1ST Appellate AtTY Never ContacTed Me,
FireD Himself After 5 MonThs! Michael Robbins is My
2nd AtTY, He found No Law Errors! I found 17!
They Are in file At KAY McKinneys DiSTRicT ClerKS
of Bexar Co. "MotionFor A New TRial" Filed DEC 27Th 2014
Fed. Procedural DefaulT Rule 59B or 60 Applies
      "AuTomaTic ReVersal" or AT leasT
A ReTRial I would ThinK - According to Law? HelP!
〈 REAPPEAL ? 〉
                        SincerLy
            Charles LHerauLT

Charles L HERAULT
TPCJ #1972430
APPellate# 04-15-1800 000186ER
① 

JUDICIAL Notification Forward TO: CYNTHIA MARTINEZ
DEPUTY Clerk ETX.
53853
4th APPellate Courts
300 DOLOROSA 5/4 TX
9-30-15

Public DEFENDERS
BexaR CO.
ST. BAR 16984600

Mr Robbins,

SEEing that you STILL Have NOT Fired Yourself or Replaced yourself, As My 1ST Appellate Atty. did - Note: "Motion to Dismiss Appellate Atty" Was Filed June of 2015. Thank you for letting Me Know the Name of My 1ST Appellate Atty. in your 1ST Letter April 2015, This will help When I Subpoena Everyone. The BiG Question is How Did you Miss So Many Law ERRORS? As your April 2015 Letter Says it is your "Sworn Duty" to find "Law ERRORS", Not Assumptions or factual ERRORS. I found 17 Myself! What Don't you understand about Sworn Duty? Let Me Explain: You Can't write your own Laws, you Must Obey the Laws already Written, Not because you want to PROTECT the Lies of others, Gives you The Right to Break the Law yourself, WORST than I Ever Have, You have taken An OATH, Haven't you? How Do you Think A U.S. FEDERAL Atty (Prosecutor) will feeL? I AlREADY Know Your Assumption OF My Jury Being incompentant is Incompentant on your Part. I'll tell you What the Lawyers Say that I've Had the Pleasure of Meeting, Whom by the way Sleep right Beside Me And use to have your Job, they thought They were Protected too. or At least they were told So! They Call You An "IDiot" - "PuPPeT" & More. What they Say, your NOT Looking at is your future - How will your family React to your New Job as a "Jailhouse Lawyer"? SEEing that ALL of the facts and Law Errors in My Case, Our of Record, in TRanscriptS, AffiDavits, Judical Notifications, ViDeo, Audio & Steno Graph, Let's NOT forget My Expert WitNess-Officer Wolffe Dec 5 2014 Stating "He Never Wrote A Police Report NOV 15th 2013! YeT I have been Illegally Incarcerated

② TO: Cithia Martinez
4th Appelete Court
300 Dolorosa STE 3200
San Antonio 78205

Judicial Notification
Charles L Herault
Appellate # 04-15-00018 CR
9-30-15

Since Nov 17th 2013, Due To Lies that Have Come forth and Been told. In A Recant Statement By Plantiff April 2014; Stating She lied and was Also High On the Stand of the 150th CC. Feb 20th 2014 - She Also Admitted under oath that there was "No Charge" filed Nov 15th 2013 "Only Sex"! You Also Overlooked the fact that they Dropped the Nov 15th 2013 Charge & Indictment! And Dont forget they Also Dropped the 2nd Charge On Sept. 23, 2013 Feb 19th 2014; According to Bexar Co Computer!; So How was I Sentenced to 10 yrs/yrs 25 Ran CC or for that Matter - 2 Charges Which was Dismissed By the Judge Mary Romon 175th on Nov 7th 2013? And I walked out of Jail - this 1 Charge is Max 10 yrs? This Case is "Landmark" to Anyone But Bexar Co.. My best Advise Ive Gotten is A Combination of Experts From the feds To Prison legal News - legal Remedies & Now "Jailhouse Lawyers" "Dont Give Up", How Can I When its always Been the Truth? - My Story hasnt Changed - But Boy has yours And Bexar County Courts has, How Do you Convict Someone When the Charge you brought me back on Doesnt Exsist? 2014 CR 0866 & the 2 Charges on 1 Indictment is Really only 1 And its All Lies According to the Plantiff, Way Back in the Protective Order - the Bruise was a Small Bottle Bruise On Left Shoulder - According To Court Records & Exibits on July 23 Picture in Court Feb 20th 2014 (150cc) So if we would have Impeached the Plantiff Which Rules of Court 6-13 (B.)(C)(D.) By All Means Say to, There would have Never been A Compency hearing or a Trial, Let Alone You Possibly Being Charged Also.

③ To CYNTHIA Martinez JUDICIAL NOTIFICATION
300 DOLOROSA STE 3200                    Charles L Herault
4th Appellate court                      Appellate # 04-15-00018-CR          9-30-15
San Antonio TX 78205

NOT to ADD InJury to InSulT, the PlanTiff Herself Refused Medical on July 24th 2013 & Got me an Atty to Bail me out & Picked Me up in A Matter of A Couple Hours! Did Some1 forget to tell you She is BiPolar SchizoPHrenic With 3 Personalities, I Know of? Lets NoT forget the ⟨40⟩ 911 Calls Before She Met Me! or the fact Also of 37.101 FrauDulent filing of financial STatement ⟨Tax Frau⟩? What About the ⟨6⟩ times I was Let out of the Police Cars on 911 Calls including Nov 14th & Nov 15th 2013? AnD Last, then Ill Let you Think More of your future, The PlanTiff on Nov 7th 2013 Picked me up for A 2nd-time, AFTer I was Released, No Charges At A-Action Bond Co. Cameras & Cricket ⟨Phone⟩ WiTh A Action Records Will Confirm This- Wait I Thought I was Done, But Theres More! No InveStigation, No Subpoena's, No Witnesses, No ExPerT witnesses for the Defendant, NeeD I Say More? YES, How About the PlanTiff on the Stand Dec 5th 2014 175th D.C. CAuSe # 2013-cr-10281-IS ASKeD on Cross Examination "How old are you?" Response- "I Dont Know" AGAin Asked By My Atty. "How olD ARE You? "I Dont Know", High AS A Kite, So to SPeak. LeTS NoT Refer to the 150CC Where My Atty Lorraine Efron Whips her ASS on the Stand in Transcripts on Feb 20, 2014 198 36-CI 2013 "Are You High" - "Can you Say your AbC's" - "Can you Sing them? "Did you get High At Recess?" "Didn't you tell officer Wolfe you were Just Having Sex And he ReleaseD Mr L Herault? Better Yet the D.A on Your "Brief" Response... What PerPonderance? What Law ERRor? Why No Andres?

(4) CYTHiA MARTiNEZ                    JuDicial NotificaTion
300 DoloRosa STE 3200          Charles L Herauit
4th Appellate Court            Appellate 04-15-00018-CR        9-30-15
San Antonio TX 78205           #

Not to overwhelm you In Anyway, I know you Are
use to Just Copying the tRanscripts, but I have
had Years of praticing the truth. Let Me tell you
of An Affidavit filed of RecorD in the 150TH CC
on feb 20TH 2013 From the PlanTiff. Now this is
insult to injury; She Claims She Never Picked Me
up from A-Action Bond Co. the Morning of Nov. 7TH 2013 At
4:45 AM Although Her Phone Records Will Show 4 Calls
With A-ActionS 226# Between 12AM & 430 AM 3 income
1 outgoing She Called and talk to Employee (She would have Worked
There 11 yrs AT that time) Note: Departing after 5 hours I AM on
CameRA I GAve the Employee A Snickers Candybar. The
PlanTiff is on CameRA Picking me up. Now you
Think this would Be Enough? How About on that
false AffiDavit the PlanTiff Says I Killed (6)
People!? Yet theres Never been Any Mention or
inVestigation of Any of this. Im Not Done, this Same
Day She is Coerced into this AffiDAViT AT The Bexar Co.
DA Office -They File A Bogus "DeaDly Weapons Finding"
(No Police officer or PlanTiff Ever have Mentioned
DeaDly Weapon til November 26TH 2013 in the DA'S
Office?! Almost Done, How About 4 officers Not Complying
with State Law 39.06? TX P.C. Abuse of official Capacity, Yes This
is the only thing you MenTioned in My Brief "Brief" IM Asking
you To Ask yourself is All your lies Worth it, And Will it
Be for your future? Please Resign or ReAPPeal, Seeing
That you know As of Aug 5TH of A formal Submission By
EMail from the 4th APPellate CourT! No I DonT Need A Copy, I

⑤ Cynthia Martinez 53853
300 Dolorosa STE 3200
4th Appellate Court
San Antonio TX

Judical Notification
Charles LHerault
Appellate# 04-15-00018-CR        9-30-15

have one. So what Do you think a Higher Court Thinks of A "11.07 Memoranduim" With All of this in it Including My (17) Motion for A New TRIAL, LAW ERRORS filed one floor Below you AT Kay McKinneys District Clerks office, that No one has Acknowleded?

Have you Seen all the Illegal incarceration Monies Being Paid out? World News Tonight ABC News 450 Mil-Chicago/360 Mil NY/ L.A. Calif. 400 Mil And so on The Good News is iTS like being in School here So Much Info, Nice Law library, And PlenTy of EX Cops & Lawyers Love My Case. I STill Cant find one With As much LAW Error As Mine. Have you Ever found Any Law Error in Any of your Appellate Briefs? May I ASK what it was?

The longer I wait for the truth to Be told, Know That My family Also Suffers, but understands, How You Being the Escape GoAt - Crash Dummay - Robot or Whatever, Has Gotten You to Lower your Morals & Standards of Life. They Know I would Never Have your Job or Be as you Are. Even in Prison I have More Respect from Cops and Cons, Because I AM Real

Do You Think Nico LAHood Will ProTect You?

When is the Last time you Actually Did

What WAS Right - on your Own.

Yours TRuly
Your Client.

Charles LHerault

# Unsworn Declaration

## Charles A L'HERAULT

TDCJ#     1972430
Protective order# 2013 19836 CI
Cause #     2013 CR 10281
Appellate #     04-15-00018 CR

I Charles L'HERAULT Currently Being Illegally incarcerated By the State of Texas & County of Bexar, AT: 2400 Wallace PackRd NAVASOTA, TX. 77868. UNDER Penalty of PerJury, The following Judicial Notification; with further Affidavits, Motions, Judicial Notifications And Letters Filed of Record AT The Office of the District Clerk, Kay McKinney of Bexar Co. Texas; ARE of TRUE & CORRECT FINDINGS.

Signed on This DATE, October, 1st, 2015



SinCerly,



Charles A. L'HERAULT

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS 2015 OCT -5 PM 2:18 KEITH E. HOTTLE, CLERK

Charles LHERAULT #1972430
Pack 1
2400 Wallace Pack Rd.
NAVASOTA, TX. 77868

FOREVER
USA
2014

NORTH HOUSTON TX 773

02 OCT 2015 PM 3 L

FILED
IN THE COURT OF APPEALS
4TH SAN ANTONIO, TEXAS
2015 OCT -5 PM 2:18
KEITH E. HOTTLE, CLERK

4TH Court of Appeals District Clerk
Keith E. Hottle, Clerk
Cadena - Reeves Justice Center
300 Dolorosa STE. 3200
San Antonio, TX. 78205-3037

78205303759

* Legal Mai L *